IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE
Assigned on Briefs October 21, 2014

## WILLIAM T. JOHNSON v. STATE OF TENNESSEE

**Appeal from the Criminal Court for Hamilton County**
**No.  284499          Don W. Poole,  Judge**

---

**No. E2014-00828-CCA-R3-PC - Filed December 8, 2014**

---

JAMES CURWOOD WITT, JR., J., concurring.

I fully concur in the majority opinion in this case.  I only write separately to express a view that counsel's absence from court – even during jury deliberations and verdict announcement – for reasons no more substantial than coaching a basketball game presents a closer question than our opinion may suggest.  It may be that a certain casualness has permeated the practice of law, and courts and lawyers should be vigilant in maintaining standards of regularity and professionalism.

JAMES CURWOOD WITT, JR., JUDGE